claimants to dismiss the proceeding to fix compensation unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [154 Misc. 181.]

BARNETT HOROWITZ, Respondent, v. ABRAHAM WEINBERG and Another, Appellants, Impleaded with Another.— Judgment creditor's action to set aside an assignment by the defendant Abraham Weinberg to Gussie Weinberg, his wife, of certain disability income payments due under policies of life insurance issued on the life of Abraham Weinberg. Gussie Weinberg is named as beneficiary in each of the policies. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [156 Misc. 629.]

SUSAN LANNON, Appellant, v. EUGENE T. WAGNER, Respondent.—Action for libel. Order denying plaintiff's motion to strike out paragraphs 5 and 7 of the first affirmative defense as irrelevant and unnecessary, and to strike out the first affirmative defense as insufficient in law, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SUSAN LANNON, Respondent, v. EUGENE T. WAGNER, Appellant.—Action for libel. Order denying defendant's motion for judgment on the pleadings dismissing the complaint unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, v. MAX AARON and Others, Defendants, and MORRIS A. NEWBURGER, Defendant-Respondent, and CLEMENT F. LAWSON and Another, Copartners, etc., Defendants-Appellants.—Action on cross-claim of defendant Morris A. Newburger to recover $625, the amount assessed against him by plaintiff on account of a record ownership of a stock certificate for twenty-five shares of stock of the Bank of United States. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of WALTER E. SCHIEL, an Attorney.— Motion granted. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

In the Matter of HARRY STERN, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LEE L. DALY and Another, Respondents, v. CENTRAL HANOVER BANK AND TRUST COMPANY and Others, Appellants.—Action for declaratory judgment determining the rights and legal relations of the parties with respect to twenty-nine bonds of defendant, The New York Gas and Electric Light, Heat and Power Company, dated February 1, 1899, bearing interest at four per cent per annum, due February 1, 1949, in the principal sum of $1,000 each and adjudging that plaintiffs received each of said bonds in good faith and for value and that they are the holders in due course thereof and can transfer good title thereto. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

AMERICAN SURETY COMPANY OF NEW YORK, Respondent, v. CENTRAL HANOVER BANK AND TRUST COMPANY, and Others, Appellants.—Action for declaratory judgment determining the rights of the parties to five four per cent bonds of New York Gas and Electric Light, Heat and Power Company, due 1949. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.